UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JESSICA G. ROSA

|                         | Plaintiff, | Civil Case No.:1:23-cv-1260 |
|                         |            | (FJS/DJS)                   |

-against-

TROY CITY SCHOOL DISTRICT; GARY BOBB; AND
ROBERT GARLAND,

Defendants.

## STIPULATION OF DISCONTINUANCE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of records for Plaintiff and each Defendant in the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued, with prejudice, without costs to any party as against the other.

This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: May 6, 2024

Christine E. Taylor, Esq.
The Towne Law Firm, P.C.
*Attorneys for Plaintiff*
500 New Karner Road
P.O. Box 15072
Albany, NY 12212-5072
Tel.: (518) 738-0068
Email: Christine.Taylor@townelaw.com

Dated: June 17, 2024

Gregg T. Johnson
Johnson and Laws, LLC
*Attorneys for Defendant – Troy City School District*
646 Plank Rd, Ste. 205
Clifton, New York 12065
518-490-6428
gtj@johnsonlawsllc.com

ATTACHMENT B

Dated: May 20 , 2024

_____
Scott P. Quesnel, Esq.
Girvin & Ferlazzo, P.C.
*Attorneys for Defendant – Robert Garland*
20 Corporate Woods Boulevard
Albany, New York 12211
Tel.: (518) 462-0300
Email: spq@girvinlaw.com

Dated: May 10 , 2024

_____
Gerald S. Smith, Esq.
Silverman & Associates
*Attorneys for Defendant – Gary Bobb*
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601
Tel.: (914) 574-4510
Email: gsmith@silvermanandassociatesny.com

SO ORDERED:

_____
Frederick J. Scullin, Jr.
Senior United States District Judge

Date:  June 25, 2024

ATTACHMENT B